UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON C. PURISIMA; DEETON CEASE PURISIMA; ROMEL CEASE PURISIMA; CANDIDA L. CEASE; ANGEL P. PURISIMA; CLEOFE CERVANTES PURISIMA; ACE-CHRIS P. PURISIMA; VEN-ANTHONY P. PURISIMA; MARIA LOURDES CERVANTES PURISIMA-VALDEZ; etc.; et.al.

Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against-

KAMALA HARRIS ("Vice President Kamala Harris"); TASHA Y. RHODES; NEW YORK CITY COLLEGE OF TECHNOLOGY, CUNY ("CUNY"); VILLAGE CARE MAX; MILTON REYNOLDS Jr.; Dr. MINA YOUSSEF; HUDSON COUNTY COMMUNITY COLLEGE ("HCCC"); Ma. ELENA M. YANG, University Registrar; FEATI UNIVERSITY; Commissioner of Social Security, Social Security Administration ("SSA"); City of Los Angeles, California ("CITY"); State of California ("STATE"); Attorney General of the State of California – from: on or about 1985 — to PRESENT.

COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

= ONE OF 10 =

Rev. 1/9/17

CHERIMOYA ELEMENTARY SCHOOL, Los Angeles, California;
SELMA ELEMENTARY SCHOOL, Los Angeles, California;
CRST, INC.;
CITY OF NEW YORK, ("CITY");
STATE OF NEW YORK ("STATE");
Metropolitan Transit Authority ("MTA");
New York Police Department ("NYPD");
AMTRAK CORPORATION ("AMTRAK");
AMTRAK POLICE DEPARTMENT ("APD");
NEW JERSEY TRANSIT ("NJ Transit");
New Jersey Transit Police ("NJTP");
PATRICK REGAN, Executive Director;
CITY OF PHILADELPHIA ("CITY");
STATE OF PENNSYLVANIA ("STATE");
CITY OF ATLANTIC CITY ("City");
State of New Jersey ("State");
ETC; LOS ANGELES UNIFIED SCHOOL DISTRICT (LAUSD);
[NEW YORK CITY TRANSIT (MTA) 357 W. 35Th. STREET, NEW YORK, NY 10001 Tel. (212) 239-9811];
AMTRAK (www.amtrak.com) USA-RAIL (800) 872-7245;

= PAGE TWO OF 10 =

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] Federal Question — *and see Exhibits to support thereof.*

[X] Diversity of Citizenship — *Criminal Acts committed see; attached Exhibits to support thereof.*

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*"City" and "State" agencies and employees are listed Defendants and others as well as other country are listed as Defendants and their citizens as Defendants as well; also the places of incidents happened in a place and or places listed under public accommodations, ("PUBLIC ACCOMMODATIONS") as well as moved Commerce.*

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **ANTON C. PURISIMA** (Plaintiff's name), is a citizen of the State of **New York, California and Republic of the Philippines and other States.**
(State in which the person resides and intends to remain)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

*See attached Exhibits to support thereof.*

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

*ACP*

— PAGE THREE OF 10 —   Page 2

If the defendant is an individual:

The defendant, **Ma. Elena M. Yang** (Defendant's name), is a citizen of the State of **Republic of the Philippines**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

ACP/ _____

If the defendant is a corporation:

The defendant, **AMTRAK and the others**, is incorporated under the laws of

the State of **See exhibits to support thereof.**

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**ANTON   C.   PURISIMA**
First Name    Middle Initial    Last Name

**296 NINTH AVENUE**
Street Address

**NEW YORK,    NEW YORK    10001**
County, City    State    Zip Code

**NONE**    **NONE**
Telephone Number    Email Address (if available)

**P.O. BOX 7020 NEW YORK, NY 10116-7020**

= PAGE FOUR OF 10 =

Continuation:

<u>Plaintiffs</u>: DEETON CEASE PURISIMA;
ROMEL CEASE PURISIMA;
CANDIDA L. CEASE;
ANGEL P. PURISIMA;
CLEOFE CERVANTES PURISIMA;
ACE-CHRIS P. PURISIMA;
VEN-ANTHONY P. PURISIMA;
MARIA LOURDES CERVANTES PURISIMA-VALDEZ; etc.; et. al.;

ACP

<u>Note</u>: The above Plaintiffs care-off:
Anton C. Purisima
P.O. Box 7020
NEW YORK, NY 10116-7020
(<u>All addresses</u> of the "ABOVE PLAINTIFFS"),

<u>ALL PAPERS IN THIS CASE FOR THE ABOVE PLAINTIFFS</u>, serve the applicably papers in this case to: ANTON C. PURISIMA
P.O. BOX 7020
NEW YORK, NY 10116-7020

= PAGE FIVE OF 10 =

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **KAMALA HARRIS**
First Name / Last Name

Current Job Title (or other identifying information): Vice President of the United States of America

Current Work Address (or other address where defendant may be served): Washington, D.C. —

County, City: THE OFFICE OF THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA
State / Zip Code

Defendant 2: **TASHA Y. RHODES**
First Name / Last Name

Current Job Title (or other identifying information): Interim Assistant Vice President for Enrollment Management, Enrollment Management & Student Affairs

Current Work Address (or other address where defendant may be served): City Tech, CUNY 300 JAY STREET, RM. N-300

County, City: BROOKLYN, State: NY Zip Code: 11201

Defendant 3: **NEW YORK CITY COLLEGE OF TECHNOLOGY**
First Name / Last Name: CUNY ("CUNY")

Current Job Title (or other identifying information): 300 JAY STREET,

Current Work Address (or other address where defendant may be served): BROOKLYN, NY 11201

County, City / State / Zip Code

= PAGE SIX OF 10 =

Page 4

CONTINUATION: B. Defendants Information

Defendant 5: Milton Reynolds Jr.
(800) 469-6292
(212) 956-1100
Address: 112 Charles Street, New York, NY 10014

Defendant 6: Dr. Mina Youssef
(201) 360-2385
swsdentalcare@gmail.com
873 Bergen Avenue, Jersey City, NJ 07306
www.swsdentalcare.com

= PAGE SEVEN OF 10 =

Defendant 4: **VILLAGE CARE MAX — 800-469-6797**
First Name / Last Name   www.villagecaremax.org

www.VILLAGECAREMAX.org

Current Job Title (or other identifying information)

**112 CHARLES STREET,**
Current Work Address (or other address where defendant may be served)

**NEW YORK, NY   10014**
County, City           State           Zip Code

ACV ✓

## III. STATEMENT OF CLAIM

and Selma — care of:

Place(s) of occurrence: Cherimoya Elementary Schools — LAUSD, LOS ANGELES, CALIFORNIA — and other places in California; New York City; State of New Jersey; State of Pennsylvania; Virginia, Washington, D.C.;

States of: Nevada;

Date(s) of occurrence: From: on or about 1980 — to present and continuing......

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiffs hereby Requests to incorporate herein the "Request to file new case" letter filed on OCTOBER 30, 2024, Southern District of New York United States District Court (Foley Square), the whole letter including the attachment Exhibit and to support this statement of claim herein. Plaintiffs incorporates the attached EXHIBIT "TWO" — A to this statement of claim and to support every issue or issues alleged herein in this statement of claim.

— PAGE EIGHT OF 10 —                          ~~Page 5~~

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiffs incorporates the letter (Request to file new case) filed on OCT. 30, 2024 USDC, SDNY (Foley Square) herein and to support every injury and or "Injuries" as applicable in this action as to what is needed is hereby requested as well as this case herein will be Amended by Plaintiffs' Attorneys as soon as possible.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Plaintiffs hereby requests immediate payments of all back wages; all disability workers' compensation, and social security disability payments; "Return" and "payments" of all properties taken in The Philippines (R.P.); Removal of Licenses; Punitive Damages payments; Referral for criminal prosecution of all criminal acts by these alleged Defendants; an order for removal from their offices;

= PAGE NINE OF 10 =

(An order "TO INVALIDATE" Their CANDIDACY IN AN OFFICE for President of the United States of America or any other office ("Private" or "Government"); an order to face trial in The Republic of the Philippines and face Trial in the United States of America, for Civil cases and criminal cases, as applicable in both countries.

Note:
Attached Exhibit:
marked as:
EXHIBIT "TWO" – A
\* TO SUPPORT THEREOF.

RESPECTFULLY SUBMITTED,

_Anton C. P._

ANTON C. PURISIMA,
PLAINTIFF, pro se

= PAGE TEN OF 10 =

EXHIBIT "TWO"-A

Board of Elections
<u>Approval notice</u>

Dated: 8/9/2024

for: ANTON C. PURISIMA
General Delivery
New York, NY 10001

<u>four (4) pages</u>

* That says: Party: REPUBLICAN

ACP



**BOARD OF ELECTIONS
IN THE CITY OF NEW YORK**
200 Varick St., 10 Fl
New York, NY 10014
(212)886-2100

FIRST-CLASS MAIL
US POSTAGE PAID
BOARD OF ELECTIONS
CITY OF NEW YORK

RETURN SERVICE REQUESTED

NYCBOE-ACKS

8/9/2024 12:00:56 AM

## Approval Notice

IF ADDRESSEE DOES NOT RESIDE HERE, PLEASE DROP IN NEAREST MAILBOX

SEP - 3 2024

ANTON C PURISIMA
General Delivery
New York NY 10001

411553306

This notice contains your voter information and your new voter card. Please read this notice carefully and if you find an error or have any questions call us at 866.868.3692. If you are going to be out of the City for any of the upcoming elections listed below or are ill or physically disabled, you may obtain an Absentee ballot application by calling the number listed above. If you are interested in employment as an Election Day worker or interpreter visit nyc.electiondayworker.com or if you require additional registration forms you may also call the number listed above or visit our website at www.vote.nyc.ny.us.

It is important to note that primary elections are only for voters who are enrolled in a qualified political party and live within the district

| Election District (ED)<br>Distrito electoral (ED)<br>選區 (ED) | Assembly District (AD)<br>Distrito de asamblea (AD)<br>州眾議會選區 (AD) | Serial number<br>Numero de serie<br>選民登記編號 |
|---|---|---|
| 038 | 75 | 411553306 |
| Congressional District<br>Distrito de congreso<br>國會選區 | State Senatorial District<br>Distrito senatorial del estado<br>州參議會選區 | Council District<br>Distrito del consejo<br>市議會選區 | Civil Court District<br>Distrito de la corte civil<br>民事法院選區 |
| 12 | 47 | 03 | 03 |

Party   Partido   黨籍
**REPUBLICAN**

Name   Nombre   姓名
**ANTON C PURISIMA**

Future Party
Partido Nuevo
未來黨籍

YOUR REGISTRATION REMAINS IN EFFECT.
CHANGES AND/OR CORRECTIONS TO YOUR
ELECTION DISTRICT/ ASSEMBLY DISTRICT
(ED/AD) AND POLLING PLACE IS SHOWN.

SU INSCRIPCION PERMANECE EN EFECTO.
CAMBIOS Y/0 CORRECIONES A SU
DISTRITO ELECTORAL/ DISTRITO DE
ASAMBLEA
(ED/AD) Y CENTRO DE VOTACION SE
MUESTRAN.
您的選民登記持續有效。
您的選區/州眾議會選區(ED/AD)和投票處的變更如下

You received this notice for the following reason(s):
Usted ha recibido este aviso por la sigueiente razón:
您基於下列理由收到本通知單：

1. New Registration
   Nueva Registración
   新選民登記

2. Reinstatement
   Revalidación
   恢復選民登記

3. Request for card     X
   Solicitud por tarjeta
   索取選民卡

4. Change of Enrollment and /or Enrollment Date
   Cambio de Inscripción y/o fecha de inscripción
   變更黨籍登記及 / 或黨籍生效日期

5. Change Name
   Cambio de Nombre
   變更姓名

6. Change ED/AD
   Cambio de ED/AD
   變更選區

7. Other
   Otro
   其它

FOLLOW SIGNS / SIGA LAS SENALES / 跟隨標誌
POLLING PLACE / CENTRO DE VOTACION / 投票處

**Church of the Holy Apostles**

**296 9 Avenue New York**

The effective date of the changes made to this notice was     08/07/2024

La fecha efectiva de los cambios realizados en esta notificación era     08/07/2024

本通知單的變更生效日期為     08/07/2024

For instructions on how to vote please visit our website www.vote.nyc.ny.us and be sure to look for our Information Notice mailing in August for voting instructions and Poll Site information.

Para instrucciones sobre cómo votar, por favor visite nuestro sitio web www.vote.nyc.ny.us y asegúrese de buscar nuestro Aviso de Información por correo en Agosto para instrucciones para votar e información de su centro votación.

請造訪選舉局網站www.vote.nyc.ny.us 查詢投票說明並留意選舉局在八月份寄出的選舉說明和投票處訊息通知。

Board of Elections
In the City of New York
Manhattan Office
200 Varick Street, 10 Fl
New York, NY 10014

**RETURN SERVICE REQUESTED**

**2024 OFFICIAL VOTER INFORMATION**

DATA VALID AS OF 8/28/2024

**Election Day:**
November 5, 2024

**Early Voting Dates:**
October 26–November 3, 2024

Important Voting Information Inside


OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

\*\*\*\*\*\*\*\* AUTO\*\*SCH 5-DIGIT 10001
C419C20  3659  3301   1017720/1017604-1  73225  3267
Anton C Purisima
General Delivery
New York, NY 10001-9999

4115533306

PRSRT STD
US POSTAGE **PAID**
BD OF ELECTIONS
CITY OF NEW YORK

